**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

APR 3 0 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | (18 U.S.C. 1752(a)(1) |
| | : | (Entering or Remaining in Restricted |
| | : | Building or Grounds) |
| **DOMENIC LAURENCE MICHELI,** | : | |

Case: 1:18-cr-00115
Assigned To : Friedman, Paul L.
Assign. Date : 4/30/2018
Description: INFORMATION (A)

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about April 27, 2018, in the District of Columbia, the defendant, **DOMENIC LAURENCE MICHELI**, did knowingly enter and remain in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

> JESSIE K. LIU
> United States Attorney
> D.C. Bar No. 472845

By: *[signature]*

KENNETH C. KOHL
Dep. Chief, National Security Section
U.S. Attorney's Office
D.C. Bar No. 476-236
ken.kohl@usdoj.gov