**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Case No. 18-CR-00115 (PLF)** |
| | : | |
| | : | |
| **DOMINIC LAURENCE MICHELI** | : | |

**JOINT NOTICE REGARDING DEFENDANT'S NEW MATTER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia (hereinafter "the government"), joined by the defendant's counsel, Tony Miles, Esquire, (together, hereinafter "the parties") respectfully files the present notice to provide the Court with an update on the defendant's new matter, GS 856426, charged Nashville, Davidson County, Tennessee. Based on communications with counsel involved in the defendant's new matter, GS 856426, the parties wish to apprise the Court of the following:

1. On or about June 4, 2018, an arrest warrant, GS 856426, was issued charging the defendant with one count of felony criminal homicide.
2. On or about June 5, 2018, the defendant was arrested in Kentucky, per arrest warrant GS 856426.
3. In criminal case number GS 856426, the defendant appeared on June 12, 2018, and subsequently on June 20, 2018.

4. The government has been advised by counsel involved in GS 856426 that the preliminary hearing in the defendant's new matter, GS 856426, is scheduled for July 19, 2018.

5. The defendant has been detained since his June 5, 2018, arrest in Kentucky and subsequent extradition to Tennessee.

6. The government was also advised by counsel involved in GS 856426 that the defendant's new matter will likely be bound over for the grand jury's consideration after the preliminary hearing. Counsel involved in GS 856426 informed counsel for the government that the grand jury's consideration could take a number of months.

7. Finally, counsel for the government asked counsel involved in the defendant's new matter whether the defendant's competency has been established in the new matter; counsel involved in the defendant's new matter indicated that a judicial determination of the defendant's competency has not been made yet, and that the failure to confirm the defendant's competency would not delay or impede the July 19, 2018, preliminary hearing.

The parties propose that they file a subsequent joint notice no later than October 19, 2018. The purpose of the subsequent joint notice is to provide the Court with an update and summary of the status of the defendant's new matter.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

Tony Miles, Esquire
Counsel for the Defendant
Tony_Miles@fd.org

By: ______/s/_____________________
Maia Luckner Miller (VA Bar No. 73229)
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20001
202-252-6737
Maia.Miller@usdoj.gov

FILED: July 17, 2018