UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 18-CR-115 (PLF) |
| v. : | |
| : | |
| DOMENIC LAURENCE MICHELI, : | |
| : | |
| Defendant. : | |

## Status Update

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides the following update. Defendant Micheli remains held in his homicide case, which is pending in Nashville, Tennessee, with the next status hearing scheduled for this Thursday, November 29, 2018. According to the prosecutor, the Tennessee court may set a trial date at that hearing. The undersigned proposes that the parties in the instant case submit a joint status report in mid-December, updating this Court on the status of the pending homicide case, including whether a trial date is set.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
THOMAS N. SAUNDERS
Assistant United States Attorneys
N.Y. Bar Number 4876975 (Saunders)
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7201
Email: Thomas.Saunders@usdoj.gov