# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 18-CR-115 (PLF) |
| v. : | |
| : | |
| DOMENIC LAURENCE MICHELI, : | |
| : | |
| Defendant. : | |

## Status Update

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with the defendant, by and through his counsel, respectfully provide the following update. Defendant Micheli remains held in his homicide case, which is pending in Nashville, Tennessee, with the next status hearing scheduled for January 31, 2019. The prosecutor in Nashville expects that the Tennessee court will set a trial date at that hearing.

Respectfully submitted,

_____/s/_____
THOMAS N. SAUNDERS
Assistant United States Attorney
N.Y. Bar Number 4876975
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7790
Email: Thomas.Saunders@usdoj.gov