# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 18-CR-115 (PLF)** |
| v. | : | |
| | : | |
| **DOMENIC LAURENCE MICHELI,** | : | |
| Defendant. | : | |

## Status Update

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with the defendant, by and through his counsel, respectfully provide the following update. Defendant Micheli remains held in his homicide case, which is pending in Nashville, Tennessee, with the next status hearing scheduled for April 4, 2019. The prosecutor in Nashville expects that the Tennessee court will set a trial date at that hearing. The undersigned asked the prosecutor in Nashville why a trial date has not been set yet. The prosecutor in Nashville indicated that there was no abnormal reason and that the case was proceeding at a pace that is typical for a homicide prosecution in that jurisdiction.

                                                         Respectfully submitted,

                                                         _____/s/_____
                                                         THOMAS N. SAUNDERS
                                                         Assistant United States Attorney
                                                         N.Y. Bar Number 4876975
                                                         555 Fourth Street, N.W.
                                                         Washington, D.C. 20530
                                                         Telephone: 202-252-7790
                                                         Email: Thomas.Saunders@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2019, a copy of the foregoing Status Update was sent to defendant Micheli's counsel, Tony Miles, Esq. (Tony_Miles_fd.org), who consented to its joint filing.

                                                                                        _____/s/_____
                                                                                        Thomas N. Saunders
                                                                                       Assistant U.S. Attorney